nation unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

BLAKESLEE-ROLLINS CORPORATION, Appellant, Respondent, v. THE STATE OF NEW YORK, Respondent, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

EDWARD L. ROSENTHAL, Respondent, v. THEODORE A. KNAPP, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for resettlement of order denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of ADELBERT D. CLARK, Appellant, for a Peremptory Order of Mandamus against EDWARD B. GREEN and Others, as the State BOARD OF EXAMINERS OF ARCHITECTS, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ADELINE NATHAN, as Administratrix, etc., of HERMAN NATHAN, Deceased, Respondent, v. LOUIS MAYERSOHN, Appellant, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

MATILDA L. CORDTS, Individually and as Executrix, etc., of JOHN N. CORDTS, Deceased, and Others, Appellants, v. THE HUTTON COMPANY and THE TERRY BROTHERS COMPANY, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Little Falls Fibre Co. v. Ford & Son, Inc.* (223 App. Div. 559, 562; affd., 249 N. Y. 495, 503). Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., dissents.

MATILDA L. CORDTS, Individually and as Executrix, etc., of JOHN N. CORDTS, Deceased, and Others, Appellants, v. THE HUTTON COMPANY and THE TERRY BROTHERS COMPANY, Respondents.— Judgment affirmed, with costs. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., dissents.

MATILDA L. CORDTS, Individually and as Executrix, etc., of JOHN N. CORDTS, Deceased, and Others, Appellants, v. THE HUTTON COMPANY and THE TERRY BROTHERS COMPANY, Respondents.— Judgment affirmed, with costs. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; McNamee, J., dissents.

In the Matter of the Claim of ROCCO MORRA, Appellant, against G. & N. TRUCKING COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dispense with printing of record and briefs denied. Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves printed record on appeal, on or before February fifth, and files and serves brief, and is ready for argument at the March term, in which event the motion is denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.